STATE

v.

**Ronald PROULX.**

No. 78–259–C.A.

Supreme Court of Rhode Island.

Jan. 31, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen R. Famiglietti, Special Asst. Atty. Gen., for plaintiff.

William F. Reilly, Public Defender, Mary E. Levesque, Asst. Public Defender, for defendant.

ORDER

The defendant's motion to supplement the record is granted.

DORIS, J., did not participate.

■

STATE

v.

**Jerry PUGH.**

STATE

v.

**James O'CONNELL.**

STATE

v.

**Gloria Z. AHMADJIAN.**

STATE

v.

**David CARLIN.**

Nos. 77–69–C.A., 77–122–C.A., 77–129–C.A., 77–70–C.A.

Supreme Court of Rhode Island.

Jan. 31, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Faith A. LaSalle, Special Asst. Attys. Gen., for plaintiff.

Paula Rosin, Janice M. Weisfeld, Asst. Public Defenders, John J. Bevilacqua, John F. Cicilline, Providence, for defendants.

ORDER

The state's motion to consolidate these cases is granted.

BEVILACQUA, C. J., and DORIS and WEISBERGER, JJ., did not participate.

■

**Sharon STEELE**

v.

**Thomas STEELE.**

No. 79–398–A.

Supreme Court of Rhode Island.

Jan. 31, 1980.

Goldman & Biafore, Ltd., John D. Biafore, Providence, for petitioner.

ORDER

The petitioner's motion to dismiss this appeal for failure of respondent to file his brief is assigned to the motion calendar for Thursday, March 6, 1980 at 9:30 a. m.

DORIS, J., did not participate.